

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00150-CR
## No. 10-12-00151-CR

## IN RE DONALD E. COLLINS

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

Donald Earl Collins filed a petition for writ of mandamus in this court seeking jail time credit. Collins was convicted in two separate cause numbers for driving while intoxicated. He was placed on community supervision for one of the offenses (No. F42536), and received a prison sentence in the other offense (No. F37032). Collins' community supervision was revoked in No. F42536, and he appealed. Collins complained on appeal that he should receive jail time credit for his sentence of community supervision for the time he spent incarcerated in offense No. F37032. The Amarillo Court of Appeals affirmed the trial court's order and denied Collins' request

for jail time credit. *Collins v. State*, 318 S.W.3d 471 (Tex. App.—Amarillo 2010, pet. den'd).

Collins filed a motion for jail time credit on February 29, 2012 in the trial court for the same two cause numbers. The trial court denied the motion citing the opinion of the Amarillo court addressing the same issue. Collins seeks a mandamus in this Court for jail time credit. The trial court did not err in denying the motion.

Relator's petition for writ of mandamus is denied.

AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Petition denied
Opinion delivered and filed June 20, 2012
[OT06]